UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>BALDEV SINGH ATWAL, individually and d/b/a PACIFIC GAS; and DOES 1 through 10, inclusive,<br><br>              Defendants. | 2:06-cv-0629-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

         Plaintiff's Status Report filed May 31, 2006, states that "[a]ll named parties have been served, but have not answered." (Pl.'s Status Report at 2.)  Nevertheless, Plaintiff's Status Report indicates that this action may be fully scheduled.  Plaintiff has not shown that the schedule he proposes should be adopted because Plaintiff has not demonstrated that he is authorized to litigate this action other than by way of default proceedings.  With the exception of the tentative statement that "Plaintiff may submit a request for Clerk's Entry of Default if Defendant does not show or respond to Plaintiff's Complaint[,]" Plaintiff's Status Report is devoid of any

1

discussion of default proceedings.  Since Plaintiff has not shown that he may litigate this action apart from compliance with default procedures, the Status (Pretrial Scheduling) Conference set for June 19, 2006, is rescheduled for September 25, 2006, at 9:00 a.m. Plaintiff shall file a further status report no later than September 11, 2006, in which he explains why this action should not be dismissed for his failure to properly prosecute it or, in the alternative, how and when the action will be properly prosecuted.

IT IS SO ORDERED.

Dated:  June 7, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge