UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BALDEV SINGH ATWAL, individually and d/b/a Pacific Gas; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | 2:06-cv-0629-GEB-KJM<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　An Order filed June 8, 2006, rescheduled the Status (Pretrial Scheduling) Conference to commence at 9:00 a.m. on September 25, 2006, and required Plaintiff to file a "status report no later than September 11, 2006, in which he explains why this action should not be dismissed for his failure to properly prosecute it or, in the alternative, how and when the action will be properly prosecuted." (Order, June 8, 2006, at 2.) In his Status Report filed September 8, 2006, Plaintiff states he "is submitting a request for Clerk's Entry of Default." (Pl.'s Status Report at 2.)

　　　　Since Plaintiff's Status Report indicates he intends to pursue a default in this action, the Status (Pretrial Scheduling)

1

Conference is rescheduled to commence at 9:00 a.m. on December 18, 2006.  Plaintiff shall file a further status report no later than December 4, 2006, in which he explains only the status of the default matter.

IT IS SO ORDERED.

Dated:  September 14, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge