```
 1
 2
 3
 4
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  SCOTT JOHNSON,                  )
                                    )    2:06-cv-0629-GEB-KJM
12                                  )
                  Plaintiff,        )
13                                  )    ORDER CONTINUING STATUS
        v.                          )    (PRETRIAL SCHEDULING)
14                                  )    CONFERENCE
    BALDEV SINGH ATWAL, individually)
15  and d/b/a Pacific               )
    Gas; and DOES 1 through 10,     )
16  inclusive,                      )
                                    )
17                Defendants.       )
                                    )
18
```

19       Plaintiff's Status Report, filed December 1, 2006, states

20  that "[a] hearing is set for [Plaintiff's motion for default judgment

21  on] December 20, 2006[,]" before the Magistrate Judge.  Therefore, the

22  Status (Pretrial Scheduling) Conference set for December 18, 2006, is

23  rescheduled to commence at 9:00 a.m. on February 26, 2007.  Plaintiff

24  /////

25  /////

26  /////

27  /////

28  /////

1

1  shall file a status report no later than February 12, 2007, in which
2  Plaintiff is only required to explain the status of the default issue.
3       IT IS SO ORDERED.
4  Dated:  December 6, 2006

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```