IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                      No. CIV S-06-0629 GEB KJM

     vs.

BALDEV SINGH ATWAL,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment has been noticed for hearing on December 20, 2006. As provided by Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Service on the defendant appears to be improper. The service on the individually named defendant does not comply with Federal Rule of Civil Procedure 4(e)(1) or (2). The court therefore will vacate the entry of default inasmuch as service of summons has not yet been properly effected.

/////

/////

1

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The December 20, 2006 hearing on the motion for default judgment is vacated.

1. The default entered September 8, 2006 is vacated.

2. Plaintiff's motion for default judgment is denied without prejudice.[1]

DATED: December 7, 2006.

_____
U.S. MAGISTRATE JUDGE

006
johnson-atwal.def

---

[1] Plaintiff is advised to supplement the status report filed December 1, 2006 to reflect this order and plaintiff's anticipated actions based thereon.

2