1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) | |
| ) | 2:06-cv-0629-GEB-KJM |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| BALDEV SINGH ATWAL, individually ) | CONFERENCE |
| and dba PACIFIC GAS, ) | |
| ) | |
| Defendant.[1] ) | |

Plaintiff's status report filed February 13, 2007, reveals that Plaintiff opines Defendant has been served but has failed to respond to Plaintiff's complaint.  If Plaintiff fails to file a default motion on or before March 15, 2007, this action may be dismissed for failure to prosecute.  Further, since the record reveals Plaintiff failed to prevail on his earlier filed default motion in this action because he had not properly effected service of process on

---

[1] Since Plaintiff has not justified Doe defendants remaining in this action, Does 1 through 10 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed March 24, 2006, at 2 n.2 (indicating that if Plaintiff fails to set forth in the joint status report a date by when the identities of any "Doe" defendants are expected to be discovered, the claims against Doe defendants would be deemed abandoned and a dismissal order would follow).  The caption has been amended accordingly.

1  Defendant, should Plaintiff fail to prevail on the above-referenced
2  default motion for this same reason, he shall show cause within ten
3  (10) days of the magistrate judge's ruling on that motion why this
4  action should not be dismissed under Rule 4(m) of the Federal Rules of
5  Civil Procedure.
6       The status (pretrial scheduling) conference scheduled in
7  this case for February 26, 2007, is continued to June 18, 2007.
8  Plaintiff shall file a status report not later than fourteen days
9  prior to the June 18 scheduling conference, in which Plaintiff is only
10 required to explain the status of the default issue.
11      IT IS SO ORDERED.
12 Dated:  February 15, 2007

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge